IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HAROLD GOODWIN,

        Plaintiff,

v.

NANCY A. BERRYHILL,[1]
Acting Commissioner, Social
Security Administration,

        Defendant.

3:15-CV-02115-SU

ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#22) on March 28, 2017, in which she recommends the Court affirm the Commissioner's decision denying Plaintiff's application for supplemental security income.

---

[1] On January 23, 2017, Nancy A. Berryhill was appointed Acting Commissioner of the Social Security Administration and pursuant to Federal Rule of Civil Procedure 25(d) is substituted as Plaintiff in this action.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#22). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 17th day of April, 2017.

_____
ANNA J. BROWN
United States District Judge